1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  TAMAR PACHTER, State Bar No. 146083
   Supervising Deputy Attorney General
3  PETER H. CHANG, State Bar No. 241467
   Deputy Attorney General
4   455 Golden Gate Ave., Ste. 11000
    San Francisco, CA 94102
5   Telephone: (415) 703-5939
    Fax: (415) 703-1234
6   E-mail: Peter.Chang@doj.ca.gov
   *Attorneys for Defendant Julie Su,*
7  *California Labor Commissioner*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BNSF RAILWAY COMPANY,** | 2:17-CV-02302-MCE-CKD |
| Plaintiff, | **SECOND STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | Complaint Served: Nov. 14, 2017<br>Current Response Date: Jan. 2, 2018<br>Requested Response Date: Feb. 5, 2018 |
| **JULIE SU**, in her official capacity as LABOR COMMISSIONER, STATE OF CALIFORNIA DIVISION OF LABOR STANDARDS ENFORCEMENT, | Judge: Hon. Morrison C. England, Jr.<br>Action Filed: Nov. 1, 2017 |
| DEFENDANT. | |

| | |
|---|---|
| 1 | Pursuant to Local Civil Rule 144(a), Defendant Julie Su and Plaintiff BNSF Railway |
| 2 | Company respectfully requests that Defendant's deadline to respond to the Complaint (Dkt No. 1) |
| 3 | be extended to and including February 5, 2018. |
| 4 | Plaintiff BNSF Railway Company and Defendant Julie Su, hereby stipulate and agree as |
| 5 | follows: |
| 6 | WHEREAS, Plaintiff filed its Complaint for Declaratory and Injunctive Relief on October |
| 7 | 31, 2017, and served the same on November 14, 2017; |
| 8 | WHEREAS, the parties first stipulated to a 28-day extension on December 4, 2017, which |
| 9 | extended the time to respond to January 2, 2018 (Dkt. No. 7); |
| 10 | WHEREAS, the undersigned counsel for Defendant requires additional time to evaluate the |
| 11 | case and prepare a response; |
| 12 | WHEREAS, due to the upcoming holidays and the workload of Defendant's undersigned |
| 13 | counsel, the parties believe that a further extension to February 5, 2018 is appropriate; |
| 14 | WHEREAS, the parties agree that Defendant's time to answer or otherwise respond to the |
| 15 | Complaint should be extended to and including February 5, 2018; |
| 16 | THEREFORE, pursuant to Local Civil Rule 144(a), and in consideration of the foregoing, it |
| 17 | is hereby stipulated that |
| 18 | DEFENDANT'S deadline to answer or otherwise respond to Plaintiff's Complaint for |
| 19 | Declaratory and Injunctive Relief (Dkt. No. 1) shall be extended to and including February 5, |
| 20 | 2018. |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| Dated:  December 6, 2017 | Respectfully Submitted, |
| | XAVIER BECERRA<br>Attorney General of California<br>TAMAR PACHTER<br>Supervising Deputy Attorney General |
| | /s/ Peter H. Chang |
| | PETER H. CHANG<br>Deputy Attorney General<br>*Attorneys for Defendant Julie Su,*<br>*California Labor Commissioner* |
| Dated:  December 6, 2017 | JONES DAY |
| | /s/  Amanda C. Sommerfeld<br>(as authorized on Dec. 4, 2017) |
| | AMANDA C. SOMMERFELD<br>*Attorneys for Plaintiff BNSF Railway*<br>*Company* |

## **ORDER**

Having considered the stipulation of the parties, and good cause appearing, Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint shall be extended to not later than February 5, 2018.

IT IS SO ORDERED.

Dated:  December 11, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE