1  Amanda C. Sommerfeld (SBN 185052)
   asommerfeld@jonesday.com
2  JONES DAY
   555 South Flower Street, Fiftieth Floor
3  Los Angeles, CA 90071.2300
   Telephone: +1.213.489.3939
4  Facsimile: +1.213.243.2539

5  Kelsey Israel-Trummel (SBN 282272)
   kisrael-trummel@jonesday.com
6  JONES DAY
   555 California Street, 26th Floor
7  San Francisco, CA 94104
   Telephone: +1.415.626.3939
8  Facsimile: +1.415.875.5700

9  Charles W. Shewmake (SBN 316230)
   THOMPSON & KNIGHT LLP
10 One Arts Plaza
   1722 Routh Street, Suite 1500
11 Dallas, TX 75201
   Telephone: +1.214.969.1700
12 Facsimile: +1.214.969.1751

13 Attorneys for Plaintiff
   BNSF RAILWAY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BNSF RAILWAY COMPANY,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**JULIE SU, in her official capacity as LABOR COMMISSIONER, STATE OF CALIFORNIA DIVISION OF LABOR STANDARDS ENFORCEMENT,**<br><br>　　　　　**Defendant.** | **Case No. 2:17-cv-02302-MCE-CKD**<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO OBJECT TO THE INITIAL PRETRIAL SCHEDULING ORDER** |

Subject to the approval of the Court, Plaintiff BNSF Railway Company ("BNSF" or "Plaintiff") and Defendant Julie Su ("Su" or "Defendant") by and through their undersigned attorneys, hereby enter into the following stipulation to extend the deadline to object to the dates contained in the Court's Initial Pretrial Scheduling Order. The purpose of this stipulation is to promote efficiency and judicial economy by coordinating the deadline to file objections to the Initial Pretrial Scheduling Order with the deadline for Defendant to Answer or otherwise respond to Plaintiff's Complaint. The reasons to grant this request are as follows:

1. On November 1, 2017, Plaintiff filed an action for Declaratory and Injunctive Relief in this Court, seeking a declaratory judgment that California's laws and regulations pertaining to, among other things, rest periods do not apply to railroad employees. (Doc. No. 1.)

2. On November 2, 2017, the Court issued its Initial Pretrial Scheduling Order. The Order states that it will be "final without further order of the Court unless objection are filed within sixty (60) days of service on all defendant(s)." (Doc. No. 3.)

3. On November 14, 2017, BNSF served Defendant with the summons, Complaint, and Initial Pretrial Scheduling Order, among other documents. (Doc. No. 5.)

4. On December 6, 2017, Defendant and BNSF submitted a joint stipulation requesting that Defendant's deadline to respond to Plaintiff's Complaint be extended to and including February 5, 2018. (Doc. No. 8.)

5. On December 11, 2017, the Court issued an Order extending Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint to not later than February 5, 2018. (Doc. No. 10.)

6. Pursuant to the Local Civil Rule 144(a), the parties agree that an extension of the deadline to object to the Initial Pretrial Scheduling Order is necessary to permit Defendant to answer or otherwise respond to Plaintiff's Complaint in advance of the Rule 26(f) conference. If the dates in the preliminary scheduling order become final, the Rule 26(f) conference must be held by January 16, 2018 more than two weeks before Defendant's deadline to answer.

7. Accordingly, the parties submit that good cause exists to grant their request to extend the deadline to object to the Initial Pretrial Scheduling Order from 60 days of service on

all defendants to 14 days after Defendant files an answer.

8. Therefore, the parties hereby jointly stipulate and request that the Court enter an order extending the deadline for the parties to object to the Initial Scheduling Order to 14 days after Defendant files an answer.

Dated: January 12, 2018  Respectfully submitted,

/s/ Amanda C. Sommerfeld
Amanda C. Sommerfeld
JONES DAY

Attorneys for Plaintiff
BNSF RAILWAY COMPANY

Dated: January 12, 2018  Respectfully submitted,

Xavier Becerra
Attorney General of California

Tamar Pachter
Supervising Deputy Attorney General

/s/ Peter H. Chang
Peter H. Chang
Deputy Attorney General

Attorneys for Defendant
JULIE SU, CALIFORNIA LABOR COMMISSIONER

# **ORDER**

Having considered the stipulation of the parties, and good cause appearing, the parties' deadline to object to the Initial Pretrial Scheduling Order shall be extended to not later than 14 days after Defendant files an answer.

IT IS SO ORDERED.

Dated: January 23, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE