1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  TAMAR PACHTER, State Bar No. 146083
   Supervising Deputy Attorney General
3  PETER H. CHANG, State Bar No. 241467
   Deputy Attorney General
4   455 Golden Gate Ave., Ste. 11000
    San Francisco, CA 94102
5   Telephone: (415) 703-5939
    Fax: (415) 703-1234
6   E-mail: Peter.Chang@doj.ca.gov
   *Attorneys for Defendant Julie Su,*
7  *California Labor Commissioner*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BNSF RAILWAY COMPANY,** | 2:17-CV-02302-MCE-CKD |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| **JULIE SU**, in her official capacity as LABOR COMMISSIONER, STATE OF CALIFORNIA DIVISION OF LABOR STANDARDS ENFORCEMENT, | Judge: Hon. Morrison C. England, Jr. Action Filed: Nov. 1, 2017 |
| Defendant. | |

Pursuant to Local Civil Rule 144, Defendant Julie Su and Plaintiff BNSF Railway Company respectfully request that the Court modify the briefing schedule for Defendant's Motion to Dismiss (Dkt. No. 13) so that Plaintiff's opposition is due on March 8, 2018, and Defendant's reply is due on March 22, 2018.

Plaintiff BNSF Railway Company and Defendant Julie Su, hereby stipulate and agree as follows:

WHEREAS, Defendant filed its Motion to Dismiss on February 5, 2018, and, by agreement between the parties, noticed the motion for hearing on April 5, 2018;

WHEREAS, under Local Civil Rule 230(c), Plaintiff's opposition would be due on March 22, 2018, and Defendant's reply would be due on March 29, 2018;

WHEREAS, the undersigned counsel for Defendant will be out of the office from March 26 through March 30, 2018, and would not be able to prepare or file a reply on those dates;

WHEREAS, to accommodate the schedule of Defendant's undersigned counsel, the parties agreed to modify the briefing schedule for the Motion to Dismiss so that Plaintiff's opposition brief would be due on March 8, 2018, and Defendant's reply would be due on March 22, 2018;

WHEREAS, on February 6, 2018, the Court vacated the hearing originally noticed for April 6, 2018, and the stipulated briefing schedule would not affect the Court's calendar or any date set by the Court;

THEREFORE, pursuant to Local Civil Rule 144, and in consideration of the foregoing, it is hereby stipulated that

PLAINTIFF'S deadline to oppose Defendant's Motion to Dismiss (Dkt. No. 13) shall be March 8, 2018; and

DEFENDANT'S deadline to file a reply to Plaintiff's opposition shall be March 22, 2018.

| | | |
|---|---|---|
| Dated: February 13, 2018 | | Respectfully Submitted, |
| | | XAVIER BECERRA<br>Attorney General of California<br>TAMAR PACHTER<br>Supervising Deputy Attorney General |
| | | /s/ Peter H. Chang |
| | | PETER H. CHANG<br>Deputy Attorney General<br>*Attorneys for Defendant Julie Su,*<br>*California Labor Commissioner* |
| Dated: February 13, 2018 | | JONES DAY |
| | | /s/ Amanda C. Sommerfeld<br>(as authorized on Feb. 9, 2018) |
| | | AMANDA C. SOMMERFELD<br>*Attorneys for Plaintiff BNSF Railway*<br>*Company* |

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, Plaintiff's deadline to oppose Defendant's Motion to Dismiss (Dkt. No. 13) shall be **March 8, 2018**; and Defendant's deadline to file a reply to Plaintiff's opposition shall be **March 22, 2018**.

IT IS SO ORDERED.

Dated: February 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE